THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Tiffany Jawanna Jeffcoat, Appellant.
 
 
 

Appeal from Richland County
L. Casey Manning, Circuit Court Judge

Unpublished Opinion No. 2007-UP-029
Submitted January 2, 2007  Filed January 17, 2007    

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,  all of Columbia; and Solicitor J. Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Tiffany Jeffcoat appeals her guilty plea to homicide by child abuse.  She maintains her guilty plea failed to conform with the mandates set forth in Boykin v. Alabama because the trial court failed to adequately inform her of the constitutional rights she waived by entering a guilty plea.  395 U.S. 238 (1969).  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Jeffcoats appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
GOOLSBY, STILWELL, and SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.